# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TIM NOONAN,

               Plaintiff,

v.

JOSEPH SCHWEITZER,

               Defendant.

Case No. 16-CV-1723-JPS

**ORDER**

On December 29, 2016, Plaintiff filed his complaint in this matter. (Docket #1). Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The ninety-day deadline expired on March 29, 2017. Plaintiff has never requested summons for Defendant or otherwise submitted anything to the Court beyond his complaint. The Court will therefore require that, **within fourteen (14) days of the entry of this Order**, Plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Rule 4(m) deadline. Failure to do so will result in dismissal of this action without prejudice and without further notice. *See* Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS ORDERED** that, **within fourteen (14) days of the entry of this Order**, Plaintiff must provide evidence of service or otherwise explain why

good cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service.

Dated at Milwaukee, Wisconsin, this 31st day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge