# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TIM NOONAN,

                Plaintiff,

v.

JOSEPH SCHWEITZER,

                Defendant.

Case No. 16-CV-1723-JPS

**ORDER**

On March 31, 2017, the Court ordered Plaintiff to provide evidence of service of his complaint no later than April 14, 2017. (Docket #3). That date has passed, and the Court has received no such evidence or any other communications from Plaintiff. The Court will, therefore, dismiss this action without prejudice.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 17th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge